

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>DOMINGO ANGEL TOLENTINO-<br>FERNANDEZ, (01),<br>[DOB: 08/02/1993]<br><br>  and<br><br>JAIME TORREZ-RAMIREZ, (02),<br>[DOB: 03/18/1986]<br><br>        Defendants. | Case No.: 21-00061-01/02-CR-W-RK<br>**COUNT ONE:**<br>*Conspiracy to Distribute a Controlled Substance*<br>21 U.S.C. §§ 841(a)(1), (b)(1)(A), and 846<br>NLT: 10 Years' Imprisonment<br>NMT: Life Imprisonment<br>NMT: $10,000,000 Fine<br>NLT:  5 Years' Supervised Release<br>Class A Felony<br><br>**COUNT TWO:**<br>*Possession With Intent to Distribute a Controlled Substance*<br>21 U.S.C. §§ 841(a)(1) and (b)(1)(A)<br>NLT: 10 Years' Imprisonment<br>NMT: Life Imprisonment<br>NMT: $10,000,000 Fine<br>NLT:  5 Years' Supervised Release<br>Class A Felony<br><br>$100 Mandatory Special Assessment for each Count of Conviction |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

Between on or about February 16, 2021, and February 17, 2021, in the Western District of Missouri and elsewhere, the defendants, DOMINGO ANGEL TOLENTINO-FERNANDEZ and JAIME TORREZ-RAMIREZ, did knowingly and intentionally combine, conspire and confederate with each other and others, both known and unknown, to distribute 500 grams or more of a mixture

or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance and 1 kilogram or more of a mixture or substance containing heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A) and 846.

## COUNT TWO

On or about February 17, 2021, in the Western District of Missouri, the defendants, DOMINGO ANGEL TOLENTINO-FERNANDEZ and JAIME TORREZ-RAMIREZ, aiding and abetting each other, knowingly and intentionally possessed with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance and 1 kilogram or more of a mixture or substance containing heroin, a Schedule I controlled substance

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

A TRUE BILL.

3/17/2021
DATE

FOREPERSON OF THE GRAND JURY

Robert M. Smith
Assistant United States Attorney
Violent Crime & Drug Trafficking Unit
Western District of Missouri